cert mail no 7022 2410 0001 1057 2285

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**FEB 27 2023**

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

Aaron-Lee:Coleman Aaron Lee
for COLEMAN , Plaintiff

v.

KATHLENE JANSKY ,

ARAPAHOE COUNTY DISTRICT COURT ,

GAVIN-MATTHEWS-JACOBS ,

SHANA ILLOER ANDREW BAUM Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

**Jury Trial requested:**
**(please check one)**
✓Yes ___ No

---

**COMPLAINT**

---

| **NOTICE** |
|---|
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. |
| **Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.** |

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

AARON LEE COLEMAN

P.O. Box 1493 Aurora CO 80040
(Name and complete mailing address)

770-756-5529  aaroncoleman100@gmail.com
(Telephone number and e-mail address)

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1: ARAPAHOE COUNTY DISTRICT COURT 7325 S. Potomac St
(Name and complete mailing address)   #100 Centennial CO 80112

(Telephone number and e-mail address if known)

Defendant 2: KATHLINE JANSKI
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 3: GAVIN MATTHEWS-JACOBS 6450 S. Revere
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 4: SHANA KLOEK 7325 S. Potomac St #100 Centennial CO 80112
(Name and complete mailing address)

(Telephone number and e-mail address if known)

ANDREW BAUM

2

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

✓ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

4th, 5th, 6th Amendment, Administrative Procedure Act Freedom of Information Act

ⅹ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of Colorado.

If Defendant 1 is an individual, Defendant 1 is a citizen of STATE OF COLORADO

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of STATE OF COLORADO (name of state or foreign nation).

Defendant 1 has its principal place of business in STATE OF COLORADO (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action.  For each claim,
specify the right that allegedly has been violated and state all facts that support your claim,
including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s)
involved in each claim, and the specific facts that show how each person was involved in each
claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space
is needed to describe any claim or to assert additional claims, use extra paper to continue that
claim or to assert the additional claim(s).  Please indicate that additional paper is attached and
label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Violation of USC 5 Art 1 Sec 3 and U.S.C U Art 1 Sec 10

Supporting facts: Refusal of arresting officer and issuing court to produce original or copies of original wet signature arrest warrants for Failure To Register as Sex Offender in State of Colorado nor Failure To Appear on cases D003210 7CR003321/ D00 32018CR001667/ 19ER45. upon request of plaintiff representative.

CLAIM TWO- Defendants have ignored ALL of plaintiff's filings to the court clerk attempting in good faith with clean hands To settle these matters. This violates his right To Due process, his right To remedy and the Administrative Procedure Act.

CLAIM THREE - Plaintiff challenged Defendant's lack of jurisdiction in multiple documents and petitions filed with the clerk of court. State never responded or even acknowledged filing yet continues to keep false arrest warrants in place against plaintiff This is a violation of 6th Amendment right to Due process  U.S.C. Art III 52.C.1.6.4.6 and Sec IX of U.S Constitution. And right to be free from illegal search and seizure

CLAIM FOUR - Public officials presiding over this (these) matters either currently do not or at periods of duration over seeing and or issuing warrants and affidavits have not had current or updated Oath of Office

**E.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do.  If additional space is needed
to identify the relief you are requesting, use extra paper to request relief.  Please indicate that
additional paper is attached and label the additional pages regarding relief as "E. REQUEST
FOR RELIEF."*   QUASH ALL ARREST WARRANTS FOR PLAINTIFF'S ARREST

PUNITIVE ~ 3.8125 Kg FRN* OR 3,188.125 Kg Silver Coinage

Compensatory ~ 3.8125 Kg FRN  3088.125 Kg Silver Coinage

Equitable ~ 3.8125 Kg FRN  3088.125 Kg Silver Coinage

Restitution - ① *Certified copy of ALL ORIGINAL WET SIGNATURE ARREST WARRANTS AND AFFADAVITS FROM DEFENDANTS

Cost and Fees ~ 3.8125 Kg FRN 3088.125 Kg Silver Coinage
copies(certified) of OATH of OFFICE,
Bond numbers and bond company    1,525000 in 100 Dollar
of ALL DEFENDANTS                    FRN

**F.    PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this
complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746;
18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an improper
purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
(2) is supported by existing law or by a nonfrivolous argument for extending or modifying
existing law; (3) the factual contentions have evidentiary support or, if specifically so identified,
will likely have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Aaron-Lee: Colew   Authorize Representative
(Plaintiff's signature)

2/18/2023
(Date)

(Revised February 2022)

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Aaron-Lee: Coleman ror
AARON LEE COLEMAN
_____
*Plaintiff(s)*

v.

KATHLENE JANSKI, SHANA KLOEK,
ARAPAHOE COUNTY DISTRICT COURT,
GAVIN MATTHEWS - JACOBS, ANDREW BAUM,
ALL UNKNOWN PARTIES
_____
*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KATHLENE JANSKI, SHANA KLOEK, ANDREW BAUM
7325 S. Potomac St #100 Centennial CO 80112
GAVIN MATTHEWS-JACOBS 6450 S. Revere Pkwy
ARAPAHOE COUNTY DISTRICT COURT   Centennial CO 80111
7325 S. Potomac St #100 Centennial CO 80112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: P.O. BOX 1493
Aurora Colorado 80040

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ARAPAHOE COUNTY DISTRICT COURT, KATHLENE JANSKI, SHANA KLOEK, ANDREW BAUM GAVIN MATTHEWS-JACOBS

was received by me on *(date)* _____

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ ✓, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 2/18/2023

Aaron-Lee: Coleman ICC 1-308
*Server's signature*

Aaron-Lee: Coleman AUThorized Representative
*Printed name and title*   For AARON LEE COLEMAN

P.O. BOX 1493 Aurora CO 80040
*Server's address*

Additional information regarding attempted service, etc:



